1  TOWNSEND AND TOWNSEND AND CREW LLP
   GREGORY S. GILCHRIST (State Bar No. 111536)
2  GIA L. CINCONE (State Bar No. 141668)
   HOLLY GAUDREAU (State Bar No. 209114)
3  Two Embarcadero Center, 8th Floor
   San Francisco, California 94111
4  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
5  Email:  gsgilchrist@townsend.com, glcincone@townsend.com
   hgaudreau@townsend.com
6
   Attorneys for Plaintiff
7  LEVI STRAUSS & CO.

8

   BUCHALTER NEMER
9  SCOTT O. SMITH (State Bar No. 62839)
   RUSSELL L. ALLYN (State Bar No. 143531)
10 1000 Wilshire Boulevard, Suite 1500
   Los Angeles, California 90017-2457
11 Email: ssmith@buchalter.com,
   rallyn@buchalter.com
12
   Attorneys for Defendant
13 Z CAVARICCI, INC.

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                  SAN FRANCISCO DIVISION

17 | LEVI STRAUSS & CO.,                         | Case No. C 06-5459 SC

18 |         Plaintiff,                          | **JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND THE DEADLINE TO COMPLETE MEDIATION**

19 |         v.                                  |

20 | Z CAVARICCI, INC., a California corporation,|

21 |         Defendant.                          |

22

23

24        WHEREAS, Plaintiff Levi Strauss & Company ("LS&CO.") filed its complaint for trademark

25 infringement, dilution and unfair competition under federal and California law, and breach of contract

26 against Defendant Z Cavaricci, Inc. ("Z Cavaricci") on September 6, 2006;

27 ///

28 ///

1  WHEREAS, on January 4, 2007, the Court granted the parties' stipulation selecting mediation
2  as the ADR process, setting the deadline to complete mediation within 90 days of the order (i.e., by
3  April 4, 2007);

4  WHEREAS, Z Cavaricci filed an answer to the complaint and asserted certain affirmative
5  defenses on January 5, 2007;

6  WHEREAS, the parties have been engaged in settlement discussions and have made progress
7  toward resolution of the action;

8  WHEREAS, the Court appointed a mediator in this action on March 9, 2007;

9  WHEREAS, on April 10, 2007, JAMS contacted the parties to schedule the mediation session
10 and pre-mediation conference call with the mediator;

11 WHEREAS, on April 16, 2007, Z Cavaricci filed a Stipulation and Proposed Order for leave to
12 file a Third Party Complaint in this action against its former licensee, Stargate Apparel Licensing,
13 Inc., for indemnity and contribution;

14 WHEREAS, in light of the proposed Third Party Complaint and progress of the parties'
15 settlement discussions, the parties wish to avoid unnecessary mediation costs and disruption of the
16 ongoing settlement discussions;

17 NOW THEREFORE, the parties submit this stipulated request, through their respective
18 counsel of record, requesting that this Court issue an order extending the deadline to complete
19 mediation to June 4, 2007 or as soon thereafter as the Court deems appropriate.

20 DATED: April 17, 2007        TOWNSEND AND TOWNSEND AND CREW LLP

21                               By: /s/ Holly Gaudreau
22                                   Holly Gaudreau

                                     Attorneys for Plaintiff
23                                   LEVI STRAUSS & CO.

24
   DATED: April 17, 2007        BUCHALTER NEMER
25
                                 By: /s/ Russell L. Allyn
26                                   Russell L. Allyn

27                                   Attorneys for Defendant
                                     Z CAVARICCI, INC.
28

IT IS SO ORDERED
Judge Samuel Conti
4/17/07

Joint Stipulation and [Proposed] Order to        - 2 -        Levi Strauss & Co. v. Z Cavaricci, Inc.
Extend Deadline to Complete Mediation                         Case No. C 06-5459 SC