Scott O. Smith (SBN: 62839)
Russell L. Allyn (SBN: 143531)
**BUCHALTER NEMER**
A Professional Corporation
1000 Wilshire Boulevard, 15th Floor
Los Angeles, California 90017
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendant and Third Party Plaintiff
Z. CAVARICCI, INCORPORATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO._____Plaintiff,_____vs._____Z CAVARICCI, INC., a California corporation,_____Defendant. | CASE NO. C 06-5459 SC**STIPULATION AND ORDER FOR LEAVE TO FILE THIRD PARTY COMPLAINT** |

This Stipulation is entered into between plaintiff Levi Strauss & Co. ("Plaintiff") and defendant Z. Cavaricci, Incorporated ("Defendant") by and between their respective counsel of record, with respect to the following matters:

### RECITALS

A.  On or about September 6, 2006, Plaintiff commenced this action against Defendant for trademark infringement and related claims.

B.  On or about January 5, 2007, Defendant filed an Answer to the Complaint and asserted certain affirmative defenses.

C.  The parties discussed settlement, and on or about March 9, 2007, the Court appointed a mediator in this action.

D.  In examining the parties' positions as to settlement, Defendant

BN 1186139v1                                             -1-

**STIPULATION AND ORDER FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

1  contends that many, if not most, of the allegedly infringing items complained of by
2  Plaintiff were actually manufactured and sold, without Defendant's knowledge or
3  consent, by a third party and then licensee of Defendant named Stargate Apparel
4  Licensing, Inc. ("Stargate").

5      E.    In connection with those accused items manufactured and sold by
6  Stargate, Defendant contends that Stargate is primarily responsible for any alleged
7  infringement and Defendant's alleged liability, if any, is secondary and derivative.
8  Accordingly, Defendant now seeks indemnification from Stargate as to Plaintiff's
9  claims.

10      F.    Defendant contends that this Court has supplemental jurisdiction over
11  its claims against Stargate pursuant to 28 U.S.C. section 1367 because these claims
12  are "so related" to the claims brought by Plaintiff in its underlying Complaint.
13  Moreover, complete relief may not be had in this action without the inclusion of
14  Stargate as a third party defendant. The license agreement between Stargate and
15  Defendant contains California choice of law and venue clauses.

## II.

## STIPULATION

The parties stipulate as follows:

1.    Defendant may have leave of court to file its Third Party Complaint against Stargate alleging claims for express indemnification, equitable indemnity, indemnity and contribution and declaratory judgment.

Dated: April 16, 2007



IT IS SO ORDERED
Judge Samuel Conti

Scott O. Smith
Russell L. Allyn
of Buchalter Nemer,
A Professional Corporation
Attorneys for Defendant
and Third Party Plaintiff
Z. Cavaricci, Inc.

BN 1186139v1

-2-

**STIPULATION AND ORDER FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

1 | Dated: April 11, 2007

2

3

4 | Gregory S. Gilchrist
Holly Gaudreau
of Townsend and Townsend and Crew LLP,
5 | Attorneys for Plaintiff
Levi Strauss & Co.

6

7

8 | **SO ORDERED:**

9 | Dated:

10

11

12 | UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BN 1186139v1                              -3-

**STIPULATION AND ORDER FOR LEAVE TO FILE THIRD PARTY COMPLAINT**