TOWNSEND AND TOWNSEND AND CREW LLP
GREGORY S. GILCHRIST (State Bar No. 111536)
GIA L. CINCONE (State Bar No. 141668)
HOLLY GAUDREAU (State Bar No. 209114)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: gsgilchrist@townsend.com, glcincone@townsend.com
hgaudreau@townsend.com

Attorneys for Plaintiff
LEVI STRAUSS & CO.

BUCHALTER NEMER
SCOTT O. SMITH (State Bar No. 62839)
RUSSELL L. ALLYN (State Bar No. 143531)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Email: ssmith@buchalter.com,
rallyn@buchalter.com

Attorneys for Defendant
Z CAVARICCI, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO.,<br><br>Plaintiff,<br><br>v.<br><br>Z CAVARICCI, INC., a California corporation,<br><br>Defendant. | Case No. C 06-5459 SC<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO VACATE CASE DEADLINES AND SET SCHEDULING CONFERENCE** |

Plaintiff Levi Strauss & Co. ("LS&CO.") and Defendant Z Cavaricci, Inc. ("Z Cavaricci") hereby stipulate through their counsel and subject to the approval of the Court and pursuant to Local Rule 7-1, that the Court vacate all case deadlines in the Order dated January 12, 2007 and set a scheduling conference on August 10, 2007 or as soon as possible thereafter.

The parties are currently engaged in settlement negotiations and are close to resolution of the

action. In addition, due to scheduling conflicts and the appointment of a new mediator, mediation is not scheduled to occur until July 27, 2007. Accordingly, the parties respectfully request that the current case deadlines be vacated and that the Court set a scheduling conference on August 10, 2007 to allow sufficient time to finalize settlement. This request is made in good faith based on the parties' settlement discussions, as the parties expect that a settlement can be finalized in the near future, thus avoiding any need to expend the parties' or the Court's resources on litigation of this matter.

Respectfully submitted,

DATED: July 10, 2007

TOWNSEND AND TOWNSEND AND CREW LLP

By: */s/ Holly Gaudreau*
Holly Gaudreau

Attorneys for Plaintiff
LEVI STRAUSS & CO.

DATED: July 10, 2007

BUCHALTER NEMER

By: */s/ Russell L. Allyn*
Russell L. Allyn

Attorneys for Defendant
Z CAVARICCI, INC.

IT IS SO ORDERED.

Dated: 7/11/07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Samuel Conti

The [illegible]
UNIT[illegible]T JUDGE