1    TOWNSEND AND TOWNSEND AND CREW LLP
     GREGORY S. GILCHRIST (State Bar No. 111536)
2    GIA L. CINCONE (State Bar No. 141668)
     HOLLY GAUDREAU (State Bar No. 209114)
3    Two Embarcadero Center, 8th Floor
     San Francisco, California 94111
4    Telephone:  (415) 576-0200
     Facsimile:  (415) 576-0300
5    Email:  gsgilchrist@townsend.com,
     glcincone@townsend.com, hgaudreau@townsend.com
6
     Attorneys for Plaintiff
7    LEVI STRAUSS & CO.

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11   LEVI STRAUSS & CO.,                    Case No. C 06-5459 SC

12              Plaintiff,                  **STIPULATION OF DISMISSAL OF
                                            PLAINTIFF LEVI STRAUSS &
13        v.                                CO.'S COMPLAINT AGAINST
                                            DEFENDANT Z CAVARICCI, INC.
14   Z CAVARICCI, INC., a California corporation,   AND [PROPOSED] ORDER**

15              Defendant.

16

17   Z. CAVARICCI, INCORPORATED, a
     California corporation,
18
                Third Party Plaintiff,
19
          v.
20
     STARGATE APPAREL LICENSING, INC., a
21   New York corporation, and ROES 1 through 10,
     inclusive,
22
                Third Party Defendants.
23

24

25

26

27

28

1    Plaintiff Levi Strauss & Co. ("LS&CO.") and defendant Z Cavaricci, Inc., by their respective

2    counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), stipulate that LS&CO.'s complaint

3    against Z Cavaricci, Inc. be and hereby is dismissed with prejudice.  Each such party shall bear its

4    own costs and attorneys' fees.

5    The Third Party Complaint of Z Cavaricci, Inc. against third party defendant Stargate Apparel

6    Licensing, Inc. will continue without LS&CO's participation.

7

8    DATED:  August 20, 2007          Respectfully submitted,

9

10                                      By: _/s/ Holly Gaudreau_____
                                             Holly Gaudreau
11
                                          Attorneys for Plaintiff
12                                        LEVI STRAUSS & CO.

13

14
     DATED:  August 20, 2007
15

16                                      By: _/s/ Russell Allyn_____
                                             Russell Allyn
17
                                          Attorneys for Defendant
18                                        Z CAVARICCI, INC.

19

20   IT IS SO ORDERED.

21

22   Dated:   August 20, 2007          _____
                                        The H̶̶̶̶̶̶̶̶̶̶̶̶ Conti
23                                      United̶̶̶̶̶̶̶̶̶̶̶̶t Judge

24

25   61128413 v1

26

27

28

- 1 -