Scott O. Smith (SBN: 62839)
Russell L. Allyn (SBN: 143531)
**BUCHALTER NEMER**
A Professional Corporation
1000 Wilshire Boulevard, 15th Floor
Los Angeles, California 90017
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendant and Third Party Plaintiff
Z. CAVARICCI, INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO. | CASE NO. C 06-5459 SC |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THIRD PARTY COMPLAINT** |
| Z CAVARICCI, INC., a California corporation, | |
| Defendant. | |
| Z. CAVARICCI, INCORPORATED, a California corporation, | |
| Third Party Plaintiff, | |
| vs. | |
| STARGATE APPAREL LICENSING, INC., a New York corporation, and ROES 1 through 10, inclusive, | |
| Third Party Defendants. | |

Third party plaintiff Z. Cavaricci, Incorporated ("Z. Cavaricci" or "Third Party Plaintiff") and third party defendant Stargate Apparel Licensing, Inc. ("Stargate" or "Third Party Defendant"), through their respective counsel of record,

BN 1362407v1
-1-

hereby stipulate as follows:

WHEREAS, on June 20, 2007, Z. Cavaricci filed a Third Party Complaint against Stargate;

WHEREAS, on July 10, 2007, Z. Cavaricci served Stargate with the Summons and Third Party Complaint pursuant to Code of Civil Procedure section 415.50, the receipt of which thereafter acknowledged, making Stargate's response due on or before August 9, 2007;

WHEREAS, on August 6, 2007, counsel for Stargate contacted Z. Cavaricci's counsel and requested a thirty-day extension to respond to the Third Party Complaint;

WHEREAS, on August 29, 2007, counsel for Stargate requested a further twenty-one day extension to respond to the Third Party Complaint to permit the parties to continue settlement discussions;

THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL that Stargate shall have an extension of twenty-one days to respond to the Third Party Complaint through and including September 26, 2007.

Dated: Sept 4, 2007

Russell L. Allyn
of Buchalter Nemer,
A Professional Corporation
Attorneys for Third Party Plaintiff
Z. Cavaricci, Inc.

Dated: August 31, 2007

Philippe Zimmerman
of Moses & Singer LLP
Attorneys for Third Party Defendant
Stargate Apparel Licensing, Inc.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BN 1362407v1

-2-

STIPULATION REGARDING EXTENSION OF TIME TO RESPOND
CASE NO. C 06-5459 SC