1  Scott O. Smith (SBN: 62839)
   Russell L. Allyn (SBN: 143531)
2  **BUCHALTER NEMER**
   A Professional Corporation
3  1000 Wilshire Boulevard, 15th Floor
   Los Angeles, California 90017
4  Telephone:(213) 891-0700
   Facsimile: (213) 896-0400
5
   Attorneys for Defendant and Third Party Plaintiff
6  Z. CAVARICCI, INCORPORATED

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LEVI STRAUSS & CO.                          | CASE NO. C 06-5459 SC
12 |        Plaintiff,                           |
13 |   vs.                                       |
14 |                                             | **STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO THIRD PARTY COMPLAINT**
15 | Z CAVARICCI, INC., a California corporation,|
16 |        Defendant.                           |
17 |---------------------------------------------|
18 | Z. CAVARICCI, INCORPORATED, a California corporation, |
19 |        Third Party Plaintiff,               |
20 |   vs.                                       |
21 | STARGATE APPAREL LICENSING, INC., a New York corporation, and ROES 1 through 10, inclusive, |
22 |                                             |
23 |                                             |
24 |        Third Party Defendants.              |

25       Third party plaintiff Z. Cavaricci, Incorporated ("Z. Cavaricci" or

26 "Third Party Plaintiff") and third party defendant Stargate Apparel Licensing, Inc.

27 ("Stargate" or "Third Party Defendant"), through their respective counsel of record,

28 BN 1362407v1                          -1-

1  hereby stipulate as follows:

2  WHEREAS, on June 20, 2007, Z. Cavaricci filed a Third Party Complaint
3  against Stargate;

4  WHEREAS, on July 10, 2007, Z. Cavaricci served Stargate with the
5  Summons and Third Party Complaint pursuant to Code of Civil Procedure
6  section 415.50, the receipt of which is acknowledged, making Stargate's response
7  due on or before August 9, 2007;

8  WHEREAS, the parties adjourned Stargate's time to respond to the
9  Complaint by stipulation to September 5 and then September 26, 2007;

10 WHEREAS, Stargate has requested a further adjournment of its time to
11 respond because the parties are engaged in settlement discussions;

12 THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES
13 THROUGH THEIR RESPECTIVE COUNSEL that Stargate shall have an
14 extension of twenty-one days to respond to the Third Party Complaint through and
15 including October, 17, 2007.

16 Dated:     September 25, 2007

                                        _____
                                        Russell L. Allyn
                                        of Buchalter Nemer,
                                        A Professional Corporation
                                        Attorneys for Third Party Plaintiff
                                        Z. Cavaricci, Inc.

21 Dated:     September 25, 2007

                                        _____
                                        Philippe Zimmerman
                                        of Moses & Singer LLP
                                        Attorneys for Third Party Defendant
                                        Stargate Apparel Licensing, Inc.

*IT IS SO ORDERED*
*Judge Samuel Conti*
*United States District Court, Northern District of California*

BN 1362407v1                          -2-

**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND**
**CASE NO. C 06-5459 SC**