RUSSELL L. ALLYN (SBN: 143531)
rallyn@buchalter.com
BUCHALTER NEMER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Tele: (213) 891-0700; Fax: (213) 896-0400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVIS STRAUSS & CO.<br><br>Plaintiff(s),<br><br>v.<br><br>Z CAVARICCI, INC., a California corporation<br><br>Defendant(s). | CASE NUMBER<br><br>C 06-5459 SC<br><br>**NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.** |

PLEASE TAKE NOTICE: *(Check one)*

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ The Third-party Claim brought by Claimant(s) Z. Cavaricci, Incorporated against Stargate Apparel Licensing, Inc. is dismissed by the Claimant(s) in its entirety with prejudice.

☐ **ONLY** Defendant(s) _____ is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

1-18-2008
Date

RUSSELL L. ALLYN
BUCHALTER NEMER, a professional corporation
Attorneys for Defendant and Cross-Claimant Z CAVARICCI, INC.

*IT IS SO ORDERED*
*Judge Samuel Conti*

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*